NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IPLEARN-FOCUS, LLC,**
*Plaintiff-Appellant*

**v.**

**MICROSOFT CORP.,**
*Defendant-Appellee*

---

2015-1863

---

Appeal from the United States District Court for the Northern District of California in No. 3:14-cv-00151-JD, Judge James Donato.

---

## JUDGMENT

---

MATTHEW D. POWERS, Tensegrity Law Group, LLP, Redwood City, CA, argued for plaintiff-appellant. Also represented by ROBERT LEWIS GERRITY, WILLIAM P. NELSON.

JONATHAN J. LAMBERSON, Fish & Richardson, P.C., Redwood City, CA, argued for defendant-appellee. Also represented by BRYAN K. BASSO; JUANITA ROSE BROOKS, CRAIG E. COUNTRYMAN, San Diego, CA; STACY QUAN, Microsoft Corporation, Redmond, WA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, LINN, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  July 11, 2016
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court